**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **BRIT UW LIMITED,** § | |
| *Plaintiff*, § | |
| § | |
| **V.** § | |
| § | |
| **MONTECILLO MASONRY, INC.,** § | **CIVIL ACTION NO.: 1:19-cv-00116-RP** |
| **ENGINEERED STRUCTURES, INC..** § | |
| **and JUBILEE ACADEMIC CENTER,** § | |
| **INC. D/B/A ATHLOS LEADERSHIP** § | |
| **ACADEMY AUSTIN, AND D/B/A** § | |
| **ATHLOS LEADERSHIP ACADEMY** § | |
| **BROWNSVILLE** § | |
| *Defendants* § | |

## AGREED MOTION TO DISMISS

TO THE HONORABLE U.S. DISTRICT JUDGE ROBERT PITMAN:

COMES NOW, Plaintiff, Brit UW Limited ("Plaintiff"), and Defendants, Engineered Structures, Inc. ("ESI"), and Jubilee Academic Center, Inc. d/b/a Athlos Leadership Academy Austin and d/b/a Athlos Leadership Academy Brownsville ("Jubilee") (collectively the "Parties"), and file this Agreed Motion to Dismiss, and would show the Court the following:

Via settlement of the underlying action, which gave rise to this declaratory judgment coverage action, the Parties have agreed upon an amicable resolution amongst themselves as well as by and through their counsel of record. The parties have further agreed that the costs of court and attorney's fees shall be borne by the party incurring same. The parties also agree that Montecillo Masonry, Inc., ("Montecillo") which did not appear in this matter, also shall be dismissed.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that this Honorable Court enter an Order by which Defendants Montecillo, ESI, and Jubilee be dismissed with prejudice, in the above-referenced and numbered cause of action.

1

PD.45758792.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: */s/ Sara E. Nau*_____
    Peri H. Alkas; TBN: 00783536
    Federal ID No.: 15787
    Sara E. Nau; TBN: 24083551
    910 Louisiana Street, Suite 4300
    Houston, Texas 77002
    Telephone: 713-626-1386
    Telecopier: 713-626-1388
    Email: peri.alkas@phelps.com;
        sara.nau@phelps.com

**MEHAFFY WEBER**

BY: */s/ Bruce C. Gaible [w/permission]*
    Bruce C. Gaible; SBN: 07567400
    500 Dallas St., Suite 2800
    Houston, TX 77002
    Telephone: 713-655-1200
    Telecopier: 713-655-0222
    Email: brucegaible@mehaffyweber.com

**ATTORNEY FOR DEFENDANT, ESI**

**GRAVELY P.C.**

BY: */s/ Marc. E. Gravely [w/permission]*
    Brendan K. McBride; SBN: 24008900
    Michael M. Gavito: SBN: 24045929
    Marc E. Gravely; SBN: 00787582
    16018 Via Shavano
    San Antonio, TX  78249
    Telephone: 210-961-8000
    Telecopier: 210-971-9143
    Email: mgravely@gravely.law
        mgavito@gravely.law
        Brendan.McBride@att.net

**ATTORNEYS FOR INTERESTED PARTY, JUBILEE ACADEMIC CENTER, INC.**

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing instrument has been served on all known counsel of record via the Court's ECF notification system on June 14, 2024.

| | |
|---|---|
| Bruce Gaible<br>MEHAFFY WEBER<br>500 Dallas Street, Suite 2800<br>Houston, TX 77002<br>*COUNSEL FOR DEFENDANT, ESI* | BruceGaible@MehaffyWeber.com |
| Brendan K. McBride<br>Michael M. Gavito<br>Marc E. Gravely<br>GRAVELY & PEARSON, LLP<br>425 Soledad, Suite 620<br>San Antonio, TX  78205<br>*COUNSEL FOR INTERESTED PARTY* | Brendan.McBride@att.net<br>mgavito@gplawfirm.com<br>mgravely@gplawfirm.com |

                                              */s/ Sara E. Nau*
                                              Peri H. Alkas / Sara E. Nau