IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BRIT UW LIMITED, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:19-CV-116-RP |
| MONTECILLO MASONRY, INC., et al., | § § § § | |
| Defendants. | § | |

## ORDER

On June 14, 2024, Plaintiff Brit UW Limited and Defendants Engineered Structures, Inc. and Jubilee Academic Center, Inc. filed an agreed motion to dismiss, stating that the parties have resolved their dispute and have agreed to dismiss the claims in this case with prejudice. (Dkt. 46). The parties also agreed to dismiss the claims against Defendant Montecillo Masonry, Inc., which did not appear in this matter. The Court construes the parties' motion as a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

Accordingly, **IT IS ORDERED** that the parties' agreed motion to dismiss, (Dkt. 46), is **GRANTED**. As nothing remains to resolve, **IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on June 17, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE